TAYLOR BROTHERS *v.* HOWARD.

SIMMONS, C. J. Where, in undertaking to verify a bill of exceptions, the judge in his certificate states that he does " not certify to arguments and conclusions " therein contained, and upon an examination of the bill of exceptions it is impossible to determine what portions thereof the judge intended to characterize as "arguments and conclusions " rather than recitals of fact, the writ of error must be dismissed. This court has no jurisdiction to consider a bill of excep-

tions where the certificate verifies it in part only and shows it to be in part untrue. *Hawkins* v. *Americus*, 102 *Ga.* 786; *Fort* v. *Sheffield*, 108 *Ga.* 781; *Sanges* v. *State*, 110 *Ga.* 260; *McCullough Co.* v. *Bank*, 111 *Ga.* 132.

*Writ of error dismissed. All the Justices concurring.*

Argued November 8,—Decided November 29, 1900.

Motion to dismiss writ of error.

*M. A. Lewis* and *H. A. Jenkins*, for plaintiffs in error.
*J. S. Turner* and *W. F. Jenkins & Son*, contra.